# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 25, 2022**                                                      **Hearing Room**    **302**

**1:30 PM**
**6:22-13036**    Lara Fakhoury                                                                      **Chapter 13**

Telephonic Hearing

#6.00    Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (951)826-8038**
**Benjamin Heston to appear by telephone (951)290-2827**  *debtor*

Docket    22

**Matter Notes:**

**Consent Calendar**_____

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to  11-15-22  at 1:30 p.m.

341(a)    _____ at 9:00 a.m.

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

( ) without prejudice    ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**