# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Tuesday, November 15, 2022**                                                                 **Hearing Room   302**

<u>1:30 PM</u>
**6:22-13036    Lara Fakhoury**                                                                                **Chapter 13**

                            Telephonic Hearing

#16.00    CONT'D Confirmation of Chapter 13 Plan

FR. 10/25/22

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear ~~by telephone (951)290-2827~~ *deleted*
                            *in the courtroom*

                    Docket    32

**Matter Notes:**

                            **Consent Calendar** _____

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

                            Duration _____

                            Payment $_____

(✓) **Continued** to __12-6-22__ at 1:30 p.m.

    **341(a)** _____ at 9:00 a.m.

( ) **Objection** to plan:    ( ) Withdrawn    ( ) Sustained    ( ) Overruled

( ) **Case Dismissed**

        ( ) without prejudice    ( ) Under § 109(g)

        ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
    - NONE LISTED -

---
                            **Party Information**