**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Tuesday, December 6, 2022**                                                                 Hearing Room   302

<u>1:30 PM</u>
**6:22-13036**   **Lara Fakhoury**                                                 **CONSENT**          **Chapter 13**

<u>Telephonic Hearing</u>

#32.00   CONT'D Confirmation of Chapter 13 Plan

FR. 10/25/22; 11/15/22

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  *deletes*

Docket   32

**Matter Notes:**

**Consent Calendar** _____

(  ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay __100__

Duration __60__

Payment $ __1,430 (1-3)__
         __$ 7,968 (4-60)__         *Conduit leg6*
                                    *1/23*

(  ) **Continued** to _____ at 1:30 p.m.

   341(a)           _____ at 9:00 a.m.

(  ) **Objection** to plan:  (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

     (  ) without prejudice    (  ) Under § 109(g)

     (  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

- NONE LISTED -

**Party Information**