United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-13036-SY |
| Lara Fakhoury | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: ntc13pln | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lara Fakhoury, 1243 Jacaranda PL, Upland, CA 91784-7410 |
| 41260166 | | BARCLAYS BLACK CARD, PO BOX8801, WILMINTON, DE 19899-8801 |
| 41260164 | + | CITADEL MORTGAGE SERVICING, PO BOX 100077, DULUTH, GA 30096-9377 |
| 41260165 | + | TRUSTEE CORPS, 17100 GILETTE AVE, IRVINE, CA 92614-5603 |
| 41316128 | + | Wilmington Trust, National Association, c/o ServiceMac, LLC, 9726 Old Bailes Road Suite #200, Fort Mill, SC 29707-7882 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 21 2022 00:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 21 2022 00:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41263365 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 21 2022 00:38:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 41260167 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:49:38 | AMEX, PO BOX 650448, DALLAS, TX 75265-0448 |
| 41300523 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:49:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41260168 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 00:49:29 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 41299109 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 00:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 41317038 | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 21 2022 00:38:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41293209 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 00:49:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41311797 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:49:36 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 41319256 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:49:21 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 41286329 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 21 2022 00:38:00 | Sallie Mae, PO Box 3319, Wilmington DE 19804-4319 |

TOTAL: 12

Case 6:22-bk-13036-SY    Doc 44    Filed 12/22/22    Entered 12/22/22 21:18:43    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: ntc13pln | Total Noticed: 17 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD d/b/a GM Financial Leasing |
| intp | | Courtesy NEF |
| cr | | ServiceMac, LLC as servicer for Wilmington Trust, |
| cr | | Wilmington Trust, National Association, not in its |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lara Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Creditor ServiceMac LLC as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christina J Khil | on behalf of Creditor Wilmington Trust National Association, not in its individual Capacity but solely as Trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sheryl K Ith | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 7

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Lara Fakhoury
**SSN:** xxx−xx−0739
**EIN:** N/A

1243 Jacaranda PL
Upland, CA 91784−7410

**BANKRUPTCY NO.** 6:22−bk−13036−SY
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: December 20, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**43 / AUTU**