# U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T
## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

```
    IN RE:  LARA FAKHOURY                    IN THE MATTER OF:
            1243 JACARANDA PL                LARA FAKHOURY
            UPLAND, CA  91784                1243 JACARANDA PL
                                             UPLAND, CA  91784


                                     DATE: 01/12/2023
                                     Case No. 6:22-bk-13036-SY
```

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CREDITOR CLASS | TEE CLM# |
|---|---|---|---|---|---|---|
| 10 | WILMINGTON TRUST, NA | $71,000.00 | $62,578.53 | 3040 | MORTGAGE ARREARS | 1 |
| 01 | ACAR LEASING LTD | SURRENDERED | SURRENDERED | 0945 | SECURED | 2 |
| 08 | PORTFOLIO RECOVERY A | $1,543.00 | $336.86 | 1543 | UNSECURED | 3 |
| 04 | CITIBANK NA | $300.00 | $346.09 | 3010 | UNSECURED | 4 |
|  | Credit One | $1,500.00 | NOT FILED | 2973 | UNSECURED | 5 |
| 09 | SALLIE MAE BANK | PAID OUTSIDE | PAID OUTSIDE | 0739 | UNSECURED | 6 |
|  | WILMINGTON TRUST NA | CONDUIT | CONDUIT | 3040 | SECURED ON-GOING | 7 |
| 01 | ACAR LEASING LTD | NOT SCHEDULED | $3,642.11 | 0945 | UNSECURED | 8 |
| 02 | LVNV FUNDING LLC | NOT SCHEDULED | $357.52 | 2973 | UNSECURED | 9 |
| 03 | LVNV FUNDING LLC | NOT SCHEDULED | $473.17 | 5504 | UNSECURED | 10 |
| 05 | AMERICAN EXPRESS NAT | NOT SCHEDULED | $195.34 | 1005 | UNSECURED | 11 |
| 06 | LVNV FUNDING LLC | NOT SCHEDULED | $16,160.37 | 6164 | UNSECURED | 12 |
| 07 | LVNV FUNDING LLC | NOT SCHEDULED | $3,803.42 | 3300 | UNSECURED | 13 |
| 11 | FRANCHISE TAX BOARD | NOT SCHEDULED | $8,290.15 | 0739 | PRIORITY | 14 |
| 12 | PORTFOLIO RECOVERY A | NOT SCHEDULED | $1,113.76 | 5949 | UNSECURED | 15 |
| 11 | FRANCHISE TAX BOARD | NOT SCHEDULED | $2,072.49 | 0739 | UNSECURED | 10014 |
|  | TOTAL: | $74,343.00 | $99,369.81 |  |  |  |

ABOVE "TOTALS" DO NOT INCLUDE "SURRENDERED" OR "PAID OUTSIDE" CLAIMS. IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

_Rod Dal_

Rod Danielson, Chapter 13 Trustee

---

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:22-bk-13036-SY**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  01/12/2023

_____                    _____
        SHAMEKA CHAMBERS                                     SHAMEKA CHAMBERS
      Type or Print Name

PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

LARA FAKHOURY                          NEXUS BANKRUPTCY
1243 JACARANDA PL                      100 BAYVIEW CIRCLE, STE 100
UPLAND, CA  91784                      NEWPORT BEACH, CA  92660

Executed on 01/12/2023 at Riverside, California.

_____                    _____
        SHAMEKA CHAMBERS                                     Shameka Chambers
      Type or Print Name