1

2

3

4

5

Christina J. Khil, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
christinao@mclaw.org

6

7    Attorneys for Movant

8                    **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| 10 | In re: | Bankruptcy Case No. 6:22-bk-13036-SY |
|----|--------|--------------------------------------|
| 11 | Lara Fakhoury, | Chapter 13 |
| 12 | | |
| 13 | Debtor. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 14 | | |
| 15 | | **CURRENT HEARING DATE:** DATE:  February 1, 2023 |
| 16 | | TIME:   9:30 a.m. CTRM:   302 |
| 17 | | |
| 18 | | **CONTINUED HEARING DATE:** DATE:  March 8, 2023 |
| 19 | | TIME:   9:30 a.m. CTRM:   302 |
| 20 | | |

21    **TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE,**

22    **THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED**

23    **PARTIES:**

24            This Stipulation to Continue Hearing on Motion for Relief from Stay ("Motion") by and

25    between Wilmington Trust, National Association, not in its individual capacity but solely as trustee of

26    MFRA Trust 2015-2, and its successors and/or assignees, ("Wilmington Trust") Christina J. Khil of

27    Malcolm ♦ Cisneros, and Lara Fakhoury, Debtor, through counsel of record, Benjamin Heston, is as

28    follows:

1    **IT IS HEREBY STIPULATED** that the hearing on the Motion for Relief from Stay

2   set to be heard on February 1, 2023 at 9:30 A.M. be continued to **March 8, 2023 at 9:30 A.M**, in

3   Courtroom 302, at the United States Bankruptcy Court located 3420 Twelfth Street, Riverside CA

4   92501, to allow the parties to work towards esolving the matter.

5

6   APPROVED AS TO FORM:

7   Dated: January 26, 2023

8

9   _____

10  Benjamin Heston
    Attorney for Debtor
11

12

13

14  APPROVED AS TO FORM AND CONTENT:

15  Dated: January __30__, 2023

16

17   */s/ Christina J. Khil*_____
    Christina J. Khil
18  Attorney for Movant

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2112 Business Center Dr., Irvine, CA 92612**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO CONTINUE HEARING  ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE: Rod Danielson (TR) notice-efile@rodan13.com**
**US TRUSTEE: United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**
**DEBTOR'S ATTORNEY: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,**
**NexusBankruptcy@jubileebk.net**
**NOTICE: Sheryl K lth sith@cookseylaw.com**
**NOTICE: Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com**
**NOTICE: Valerie Smith claims@recoverycorp.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE: Scott H. Yun, 3420 Twelfth Street Riverside, CA 92501-3819**
**DEBTOR: Lara Fakhoury 1243 Jacaranda Place, Upland, CA 91784**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2023 | Diep Quach | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.