| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Christina J. Khil, #266845** <br> **Malcolm ♦ Cisneros, A Law Corporation** <br> **2112 Business Center Drive, Second Floor** <br> **Irvine, California 929612** <br> **(949) 252-9400 (Telephone)** <br> **(949) 252-1032 (Facsimile)** <br> **christinao@mclaw.org** <br><br> ☐ Individual *appearing without an attorney* <br> ☒ *Attorney for:* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTE OF CALIFORNIA –   RIVERSIDE DIVISION**

| In re: <br><br> **Lara Fakhoury,** <br><br><br><br><br><br> Debtor. | CASE NO.: **6:22-bk-13036-SY** <br> CHAPTER: **13** <br><br> **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**   MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was lodged on 01/30/2023 and is attached.  This order relates to the motion which is docket number 46.
.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 1              **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Malcolm ♦ Cisneros, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine, CA 92612**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE:** Rod Danielson (TR) notice-efile@rodan13.com
**US TRUSTEE:** United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
**DEBTOR'S ATTORNEY:** Benjamin Heston bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**NOTICE:** Sheryl K Ith sith@cookseylaw.com
**NOTICE:** Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com
**NOTICE:** Valerie Smith claims@recoverycorp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On **January 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**HONORABLE BANKRUPTCY COURT JUDGE:** Scott H. Yun, 3420 Twelfth Street Riverside, CA 92501-3819
**DEBTOR:** Lara Fakhoury 1243 Jacaranda Place, Upland, CA 91784

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 24, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 30, 2023** | **Diep Quach** | /s/ Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

```
1   Christina J. Khil, #266845
    Malcolm ♦ Cisneros, A Law Corporation
2   2112 Business Center Drive, 2nd Floor
    Irvine, California 92612
3   (Telephone) (949) 252-9400
4   (Facsimile) (949) 252-1032
    Email: christinao@mclaw.org
5
6
7   Attorney for Movant
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| In re:<br><br>Lara Fakhoury,<br><br>Debtor. | Bankruptcy Case No. 6:22-bk-13036-SY<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**CURRENT HEARING DATE:**<br>DATE: February 1, 2023<br>TIME:  9:30 a.m.<br>CTRM:  302<br><br>**CONTINUED HEARING DATE:**<br>DATE: March 8, 2023<br>TIME:  9:30 a.m.<br>CTRM:  302 |
|---|---|

The court has reviewed and considered the Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay entered into by Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2, and its successors and/or assignees, ("Movant") through its counsel of record, Christina J. Khil of Malcolm & Cisneros, and Lara Fakhoury, Debtor, through counsel of record, Benjamin Heston.

///

Exhibit 1

1  **IT IS HEREBY ORDERED** that the Stipulation entered into by the Parties
2  on January 30, 2023, as Docket No. 51 is approved.
3  **END OF ORDER**

Exhibit 1