United States Bankruptcy Court

Central District of California

In re:  Case No. 22-13036-SY

Lara Fakhoury  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Jan 31, 2023      Form ID: pdf042      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lara Fakhoury, 1243 Jacaranda PL, Upland, CA 91784-7410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lara Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Creditor ServiceMac LLC as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christina J Khil | on behalf of Creditor Wilmington Trust National Association, not in its individual Capacity but solely as Trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sheryl K Ith | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

District/off: 0973-6 User: admin Page 2 of 2
Date Rcvd: Jan 31, 2023 Form ID: pdf042 Total Noticed: 1
TOTAL: 7

Christina J. Khil, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949) 252-9400
(Facsimile) (949) 252-1032
Email: christinao@mclaw.org

Attorney for Movant

**FILED & ENTERED**

**JAN 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Mason    DEPUTY CLERK

**CHANGES MADE BY COURT**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LARA FAKHOURY,<br><br>Debtor. | Case No. 6:22-bk-13036-SY<br><br>Chapter 13<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><u>Current Hearing:</u><br>Date: February 1, 2023<br>Time: 9:30 A.M.<br>Ctrm: 302<br><br><u>Continued Hearing:</u><br>Date: March 8, 2023<br>Time: 9:30 A.M.<br>Ctrm: 302 |

The court has reviewed and considered the Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay ("Stipulation") [Docket no. 51] entered into by Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2, and its successors and/or assignee ("Movant"), through its counsel of record, Christina J. Khil of Malcolm & Cisneros, and debtor Lara Fakhoury, through her counsel of record, Benjamin Heston, and good cause appearing,

1

**IT IS HEREBY ORDERED** that the Stipulation is approved and the hearing on Movant's motion for relief from the automatic stay is continued from February 1, 2023 at 9:30 a.m. [Cal. no. 3] to March 8, 2023 at 9:30 a.m.

###

Date: January 31, 2023

Scott H. Yun
United States Bankruptcy Judge

2