## United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Wednesday, March 8, 2023**                                                   **Hearing Room**    **302**

---

9:30 AM
**6:22-13036    Lara Fakhoury**                                                      **Chapter 13**

Telephonic Hearing

#3.00    CONT'D Notice of motion and motion for relief from the          *Benjamin Heston for debtor* ✓
automatic stay with supporting declarations REAL PROPERTY
RE: 1243 Jacaranda Place, Upland, CA 91784

**FR. 2/1/23**

~~Nathan F Smith~~ to appear by telephone (949)252-9400    *Movant*
*Christina Khil*

Docket      46

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO:    _____

CONT'D. TO:    *3-29-23 @9:30am*

WITHDRAWN:    _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
|---|

**Debtor(s):**

Lara Fakhoury                          Represented By
                                       Benjamin  Heston

**Movant(s):**

Wilmington Trust, National             Represented By