NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LARA FAKHOURY,<br><br>Debtor. | Case No.: 6:22-bk-13036-SY<br><br>Chapter 13<br><br>**NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**<br><br><u>Hearing</u><br>Date: March 28, 2023<br>Time: 1:30 p.m.<br>Courtroom 302 |

TO ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Lara Fakhoury, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that Debtors will cure the payment delinquency prior to the hearing on this Motion or they will move to modify their plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding has been set for March 28, 2023, at 1:30 p.m. in Courtroom 302 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: March 8, 2023

NEXUS BANKRUPTCY

BENJAMIN R. HESTON
Attorney for Debtor

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD ROAD, SUITE 280
IRVINE, CALIFORNIA 92612-2521
(949) 222-1041

1