# United States Bankruptcy Court
# Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| Tuesday, March 28, 2023 | Hearing Room 302 |

**1:30 PM**

**6:22-13036**  Lara Fakhoury  —  Chapter 13

Telephonic Hearing

#19.00  Trustee's Motion to Dismiss Case
**(Delinquency)**

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  *Debtor*

Docket    55

**Matter Notes:**

GRANTED: _____    DENIED: _____

CONT'D. TO: __5-9-23 @ 1:30pm__

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

**WITHDRAWN:** _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

## Party Information

**Debtor(s):**

Lara Fakhoury         Represented By
                      Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)    Pro Se