# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, March 29, 2023**  **Hearing Room 302**

9:30 AM
**6:22-13036**  **Lara Fakhoury**  **Chapter 13**

Telephonic Hearing

#7.00  CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1243 Jacaranda Place, Upland, CA 91784

FR. 2/1/23; 3/8/23

Christina Khil to appear by telephone (949)252-9400 ✓ Movant
Benjamin Heston to appear by telephone (951)290-2827 ✓ Debtor

Docket  46

**Matter Notes:**

GRANTED: _____  DENIED: _____

APO: _____

CONT'D. TO:  5-10-23 @ 9:30am

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Lara Fakhoury  Represented By
  Benjamin Heston