Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:22-bk-13036-SY  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 01/05/23 | $7,968.00 | 03/2023 | $0.00 |
| 11/16/22 | $1,430.00 | 02/2023 | $0.00 |
| 10/26/22 | $2,860.00 | 01/2023 | $7,968.00 |
| | | 12/2022 | $0.00 |
| | | 11/2022 | $1,430.00 |
| | | 10/2022 | $2,860.00 |
| | | 09/2022 | $0.00 |
| | | 08/2022 | $0.00 |
| | | 07/2022 | $0.00 |
| | | 06/2022 | $0.00 |
| | | 05/2022 | $0.00 |
| | | 04/2022 | $0.00 |

LARA FAKHOURY
1243 JACARANDA PL
UPLAND, CA  91784

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: | 08/12/2022 | MONTHLY PLAN PMT AMT: $7,968.00 | FEES PAID TO ATTY: $3,500.00 |
| 1ST MEETING DATE: | 09/21/2022 | GROSS RECEIPTS: $12,258.00 | FEES PAID TO TRUSTEE: $962.26 |
| CONFIRMATION DATE: | 12/06/2022 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $7,795.74 | BALANCE ON HAND: $0.00 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0001 | WILMINGTON TRUST, NA | MORTGAGE ARREARS | 0.00 | $71,000.00 | $62,578.53 | $1,826.75 | $0.00 | $60,751.78 |
| 0002 | ACAR LEASING LTD | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $1,543.00 | $336.86 | $0.00 | $0.00 | $336.86 |
| 0004 | CITIBANK NA | UNSECURED | 0.00 | $300.00 | $346.09 | $0.00 | $0.00 | $346.09 |
| 0005 | Credit One | UNSECURED | 0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | SALLIE MAE BANK | UNSECURED | 0.00 | $44,000.00 | $47,363.95 | $0.00 | $0.00 | $0.00 |
| 0007 | WILMINGTON TRUST NA * * | SECURED ON-GOING DEBT | 0.00 | $0.00 | $0.00 | $5,726.99 | $0.00 | $0.00 |
| 0008 | ACAR LEASING LTD | UNSECURED | 0.00 | $0.00 | $3,642.11 | $0.00 | $0.00 | $3,642.11 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $357.52 | $0.00 | $0.00 | $357.52 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $473.17 | $0.00 | $0.00 | $473.17 |
| 0011 | AMERICAN EXPRESS NATIONAL BA | UNSECURED | 0.00 | $0.00 | $195.34 | $0.00 | $0.00 | $195.34 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $16,160.37 | $0.00 | $0.00 | $16,160.37 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $3,803.42 | $0.00 | $0.00 | $3,803.42 |
| 0014 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $0.00 | $8,290.15 | $242.00 | $0.00 | $8,048.15 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $1,113.76 | $0.00 | $0.00 | $1,113.76 |
| 10014 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $2,072.49 | $0.00 | $0.00 | $2,072.49 |
| | | | | | TOTAL PRINCIPAL BALANCE OWED*: | | | $97,301.06 |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.