# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, May 9, 2023**　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room  302**

<u>1:30 PM</u>
**6:22-13036**　　Lara Fakhoury　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

*Telephonic Hearing*

**#34.00**　CONT'D Trustee's Motion to Dismiss Case (Delinquency)

FR. 3/28/23

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  — Debtor

Docket　　55

**Matter Notes:**
　　GRANTED: ✓　　　　　　　　　　DENIED: _____

　　CONT'D. TO: _____

　　　Briefing filed: _____

　　　Opposition filed: _____

　　　Reply filed: _____

　WITHDRAWN: _____

　　　Order Lodged by: _____

**Tentative Ruling:**
　- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

　Lara Fakhoury　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　Benjamin Heston