# United States Bankruptcy Court
## Central District of California
Riverside
**Scott Yun, Presiding**
Courtroom 302 Calendar

---

**Wednesday, May 10, 2023**  **Hearing Room** 302

9:30 AM
**6:22-13036**    **Lara Fakhoury**    **Chapter 13**

*Telephonic Hearing*

#5.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1243 Jacaranda Place, Upland, CA 91784

FR. 2/1/23; 3/8/23; 3/29/23

Christina Khil to appear by telephone (949)252-9400 ✓  *Movant*
Benjamin Heston to appear by telephone (951)290-2827 ✓  *Debtor*

Docket    46

**Matter Notes:** ✓

GRANTED: ✓    DENIED: _____

APO: _____

CONT'D. TO: _____    — §362(d)(1)
— 14 day stay is waived
WITHDRAWN: _____

ORDER LODGED BY: _Movant_

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Lara Fakhoury    Represented By
    Benjamin Heston

---