United States Bankruptcy Court

Central District of California

In re:  
Lara Fakhoury  
    Debtor

Case No. 22-13036-SY  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2  
Date Rcvd: May 10, 2023     Form ID: van153     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lara Fakhoury, 1243 Jacaranda PL, Upland, CA 91784-7410 |
| 41260166 | | BARCLAYS BLACK CARD, PO BOX8801, WILMINTON, DE 19899-8801 |
| 41260164 | + | CITADEL MORTGAGE SERVICING, PO BOX 100077, DULUTH, GA 30096-9377 |
| 41316128 | + | Wilmington Trust, National Association, c/o ServiceMac, LLC, 9726 Old Bailes Road Suite #200, Fort Mill, SC 29707-7882 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 11 2023 04:22:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 11 2023 04:22:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41263365 | + | EDI: PHINAMERI.COM | May 11 2023 04:22:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 41260167 | | Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:41:56 | AMEX, PO BOX 650448, DALLAS, TX 75265-0448 |
| 41300523 | | Email/PDF: bncnotices@becket-lee.com | May 11 2023 00:41:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41260168 | | Email/PDF: creditonebknotifications@resurgent.com | May 11 2023 00:28:10 | CREDIT ONE, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |
| 41299109 | | EDI: Q3G.COM | May 11 2023 04:22:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 41317038 | | EDI: CALTAX.COM | May 11 2023 04:22:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41293209 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 00:28:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41311797 | | EDI: PRA.COM | May 11 2023 04:22:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 41319256 | | EDI: PRA.COM | May 11 2023 04:22:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 41286329 | + | EDI: SALLIEMAEBANK.COM | May 11 2023 04:22:00 | Sallie Mae, PO Box 3319, Wilmington DE 19804-4319 |
| 41260165 | + | Email/Text: bankruptcy@trusteecorps.com | May 11 2023 00:29:00 | TRUSTEE CORPS, 17100 GILETTE AVE, IRVINE, CA 92614-5603 |

TOTAL: 13

District/off: 0973-6  User: admin  Page 2 of 2
Date Rcvd: May 10, 2023  Form ID: van153  Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD d/b/a GM Financial Leasing |
| intp | | Courtesy NEF |
| cr | | ServiceMac, LLC as servicer for Wilmington Trust, |
| cr | | Wilmington Trust, National Association, not in its |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Lara Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christina J Khil | on behalf of Creditor ServiceMac LLC as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Christina J Khil | on behalf of Creditor Wilmington Trust National Association, not in its individual Capacity but solely as Trustee of MFRA Trust 2015-2 christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sheryl K Ith | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 7

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Lara Fakhoury

**BANKRUPTCY NO.**  6:22−bk−13036−SY

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−0739
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 5/10/23

**Address:**
1243 Jacaranda PL
Upland, CA 91784−7410

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: May 10, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153−od13d Rev. 06/2017

66 − 55 / SM6